PS8
(8/88)

# United States District Court
for the
## Eastern District of Michigan

U.S.A. vs. **Jennifer Jones**                      Docket No. 15-20308

### Petition for Action on Conditions of Pretrial Release

COMES NOW Homero Hinojosa, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Jennifer Jones</u>, who was placed under pretrial release supervision by the Honorable <u>Elizabeth A. Stafford</u> sitting in the court at <u>Detroit, Michigan</u>, on <u>May 29, 2015</u>, under the following conditions:

Report as directed to Pretrial Services
Travel restricted to the Eastern District of Michigan
Participate in mental health treatment as directed by Pretrial Services
Do not possess any weapons
Submit to drug testing and or treatment as directed by Pretrial Services
Participate in the Location Monitoring Program with a curfew as directed by Pretrial Services

### Respectfully presenting petition for action of court and for cause as follows:

Since being released on bond, the defendant has remained in compliance with all conditions of release.

Assistant United States Attorney Ryan A. Particka and defense attorney Penny R. Beardslee concur with Pretrial Services intent to request that bond be amended to remove Location Monitoring as a condition of release.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND BE AMENDED TO REMOVE LOCATION MONITORING AS A CONDITION OF RELEASE. ALL OTHER CONDITIONS OF RELEASE REMAIN IN FULL FORCE AND EFFECT.**

**SO ORDERED**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2015

_Homero Hinojosa_
U.S. Pretrial Officer Homero Hinojosa

Place: Detroit, Michigan
Date: December 7, 2015

ORDER OF COURT

Considered and ordered this 7th day of December, 2015 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge Matthew F. Leitman